# EXHIBIT A

| | |
|---|---|
| ███████: | Yes, so you can follow along. So, good afternoon. |
| Gabriel Kachuk: | Okay. |
| ███████: | I respectfully request that you reverse your decision, because new exculpatory evidence that was not reasonably available at the time of the original hearing proved that I was not – that it was impossible for me to have accessed Moodle during the allotted times for my exam. |
| [00:03:06] | As I expressed over and over again in my original hearing, I knew there had to be something wrong with the data serving as the basis for the charges, because I never accessed my phone during the exam. My phone was at all times in my backpack and under my desk. As explained in detail below, BDO, a company specializing in IT forensics, reviewed the same data provided to this board by ITS, as well as the cellular data usage logs from my cell phone provide – service provider, AT&T, which ITS did not request to review. BDO concluded that it was technically impossible for me to have accessed Moodle as depicted in the Moodle log, because the data shows I was not actively accessing Wi-Fi or cellular data during the exam time. Either of those would be essential for accessing Moodle. |
| [00:03:57] | Regarding the August 2, 2017 exam, BDO concludes that the Wi-Fi log shows successful Wi-Fi access to the Wesleyan Wi-Fi network from IP – the IP address at 11:25 AM, 11:29 AM, and 11:54 AM. This Wi-Fi access is inconsistent with the activity depicted in the Moodle log, but consistent with interference from AT&T's cell towers, as indicated in the AT&T cellular usage log. AT&T's cellular usage log shows minimal cellular data usage at only 11:25 AM. It's 23 kilobytes, I believe. This amount of data usage is consistent with receiving a text message or email, and not indicative of active device usage. Regarding the August 4, 2017 exam, BDO concludes that while Moo – the Moodle logs show access to the curriculum from 9:11 AM to 1:09 PM, neither the Wesleyan Wi-Fi nor AT&T data usage logs show Ms. ███████'s iPhone 6 as accessing the network during the same period. |
| [00:05:01] | It would have been impossible for Ms. ███████ to access the Moodle site course curriculum as depicted in the Moodle log without either using Wi-Fi or cellular service. See exhibit A. This is the first BDO analysis, which was tucked in with my – your |

Case 3:19-cv-01519-JBA   Document 122-1   Filed 05/17/21   Page 3 of 7

■ ■ - Chem - Hearing 2 Recording  4
■ Louise Brown, Gabriel Kachuk, Matthew Chun, Gabby Vargas, Rachel Schnepper, Mohit Bachhav

letter? BDO confirms that while Wesleyan Wi-Fi logs for June 21st, June 27th, June 28th, and July 26th have been deleted by Wesleyan, AT&T's cellular service logs also show only minimal to no use – usage during purported Moodle website curriculum access during the below exam times. On June 21st, the exam time from 12:00 PM to 2:00 PM, no AT&T data access. On June 27th, from 11:00 AM to 2:00 PM, there is no AT&T data access. On June 28th, to – uh, the exam time from 9:00 AM to 1:30 PM, there was some, uh, AT&T data access, only at 12:55 PM. And according to my proctor Paul Brauchle, this was after turning in my exam.

[00:06:10]  On July 26th, uh, the exam time from 12:00 PM to 2:00 PM. AT&T data access was only at 1:57 PM, and it was after turning in my exam, according to my proctor, Paul Brauchle. Dr. Schnepper, as evidenced by her response to my appeal, accepts that the data in Wesleyan's Wi-Fi logs supports the conclusion that I did not have Wi-Fi access been 9:12 AM and 11:57 AM. And that's set forth in BDO's declaration, dated September 4, 2017, "Could not have accessed the course curriculum on the Moodle website without access to the Wi-Fi." Dr. Schnepper theorizes that the Wi-Fi log could also be interpreted to show that my phone continually accessed Wesleyan's Wi-Fi from 9:12 AM until 11:45 AM. However, her theory of continuous access is disproved by the AT&T cellular data log, which shows my phone accessed AT&T Wi-Fi or cellular usage at 9:18 AM.

[00:07:11]  This would have interrupted any continuous access to the Wesleyan Wi-Fi. However, there is no data to support any reconnection. In fact, the Wesleyan Wi-Fi log does not show reconnection until 11:57 AM, nor does the Wesleyan Wi-Fi log show any change in Wi-Fi channel, Wi-Fi authentication, or reconnection with AT&T cellular service that would appear if I had – if I had actively accessed the Moodle website for almost three hours 9:12 AM and 11:57 AM. See exhibit B. This was the additional BDO report, which was in response to Dr. Schnepper's response. Um, I don't know if you've had time to review it, but I recommend that you do. Uh, there was no other way to accurately interpret the data other than I was not continuously connected to Wesleyan Wi-Fi. The AT&T data does not evidence any active usage; rather, only small, minimal – minimal cellular data usage at 9:18 AM.

[00:08:08]  At 56 kilobytes, AT&T – for reference. AT&T doesn't even charge

Case 3:19-cv-01519-JBA   Document 122-1   Filed 05/17/21   Page 4 of 7

▇ - Chem - Hearing 2 Recording
▇, Louise Brown, Gabriel Kachuk, Matthew Chun, Gabby Vargas, Rachel Schnepper, Mohit Bachhav

5

|  |  |
|---|---|
|  | for this amount of usage, and it's consistent with receiving a text or an email. Simply put, for the Moodle logs to be an accurate record, both the AT&T data usage logs and Wesleyan's Wi-Fi log would have to be wrong. Additionally, the testimony at my original hearing from students sitting within a few feet of me during the June 21st exam is consistent with Wesleyan's Wi-Fi and AT&T's cellular usage data. They never saw me looking at my phone, which was zipped up in my backpack and under my desk, one time, let alone several, as alleged by the Moodle logs, because I never looked at my phone. Again, for the Moodle logs to be an accurate record, both ▇ and ▇ would have to be wrong. |
| [00:08:59] | Because the Wesleyan Wi-Fi log, AT&T cellular log, and the eyewitness testimony of ▇ and ▇, and BDO's forensic analysis prove it was impossible for me to have accessed Moodle as alleged, I respectfully request that -- that this board reverse its previous findings. Thank you. |
| Gabriel Kachuk: | Thank you, ▇. Um, so now we're going to ask for, uh, a response and a statement from our representatives from ITS, um, to this new data that's been introduced. Um, would you guys like to . . . |
| Mohit Bachhav: | So, the wireless -- every time there is a change or reauthentication, at that time, it makes a log entry. It's not -- like every -- every time there are around 5,000 clients connected to the wireless system, so it's not feasible to have logs for each and every client's connection and authentication records for every minute. So, the logs which we get are whenever there's a channel change in the access point, or if the client disconnects and reconnects. That's the time when we get the logs. |
| [00:10:02] | So, we tested this this morning with Dave Baird's iPhone. And this is what we found. So, he was from 9:04 AM to 9:12 today, he was in actually 150, around like, see, 150. And he was connected to the wireless. He was browsing. He went into Moodle. He did connect. He just started a video. And during that time zone, we didn't receive any -- any logs that he disconnected or he reconnected. So, the wireless system won't give you logs for every connection. So, it could be she was connected and she was actively using the network, or it could be that she wasn't connected. |

███ - Chem - Hearing 2 Recording
███, Louise Brown, Gabriel Kachuk, Matthew Chun, Gabby Vargas, Rachel Schnepper, Mohit Bachhav

6

| | |
|---|---|
| Louise Brown: | [Inaudible] [00:10:49] So, the times you read is just an example. |
| Mohit Bachhav: | Yes, just an example. We tried to mimic the same thing too. |
| Louise Brown: | Okay. And – sorry, what was he doing that – that you were taking a test? |

[00:11:03]

| | |
|---|---|
| Mohit Bachhav: | Yeah, he just went down in the same area with his phone and tried to access the Internet in a – in a time zone, and he did tell me at 9:04, he went down there. He started Moodle onto his phone. Then he started a video. From 9 – 9:04 to 9:12, he was doing activity on his phone, but that didn't show on the logs that he was actively using it. It just showed like 9:04, he connected. |
| Louise Brown: | Connected. |
| Mohit Bachhav: | And 9:12, when he moved from that place to a new place, it showed that he moved to a new location. So, during that 9:04 to 9:12, the wireless system didn't show any logs. |
| Gabriel Kachuk: | Um, just because this – this seems to be new evidence, um, this – this experiment – |
| Mohit Bachhav: | [Crosstalk] [00:11:45] |
| Gabriel Kachuk: | But in theory, even before performing this experiment, it was – it was – it's the general working rule of ITS that this is how a connection works? |
| Mohit Bachhav: | Yeah. |
| Gabriel Kachuk: | Okay. I just want to make sure, because if – if it's new evidence, then it's a little more problematic. But – |

[00:12:01]

| | |
|---|---|
| Louise Brown: | 'It – it sounds like it's a confirmation. |
| Gabriel Kachuk: | Yeah. Um, but if it's all right, can we have that, um, and make copies of that? Um. |

Case 3:19-cv-01519-JBA   Document 122-1   Filed 05/17/21   Page 6 of 7

▮ - Chem - Hearing 2 Recording  7
▮, Louise Brown, Gabriel Kachuk, Matthew Chun, Gabby Vargas, Rachel Schnepper, Mohit Bachhav

Mohit Bachhav: So, this is the statement –

Gabriel Kachuk: Is that okay?

▮: Can I ask a question?

Gabriel Kachuk: Please.

▮: So, something that was addressed in the BDO analysis, in the second one, is that there are – you know, when you're doing a technical – any kind of experimentation, there are standards you have to uphold. I just want to make sure that this is the same situation, that it was the same kind of phone being used, the same activity, and that, you know, because it doesn't contradict what, you know, BDO's analysis says, because they did also address that if that is the case, using the AT&T information, they can also say that there was a disconnection, so.

Gabriel Kachuk: Yes. So, I think, to ask – sorry.

▮: But to use that as evidence, could we get all of the standards that were used? You know, could we get confirmation of what exactly he was doing, where he was, and, you know?

Gabriel Kachuk: I think for our purposes, because submitting new evidence in this hearing is not really what we can do right now, because we're only interpreting your evidence, I personally am – if the board's okay with it – am mostly only interested in understanding –

[00:13:06] This is, you know, a good anecdotal confirmation of what seems to be the – the understanding of the way the connection works on campus.

Mohit Bachhav: Yes.

Gabriel Kachuk: Generally.

Mohit Bachhav: Yes.

Gabriel Kachuk: Um, so that looking at the specific standards done during this experiment are – are helpful, but they act more as a kind of anecdotal confirmation of previously held, uh, understandings of the way the connection works.

Case 3:19-cv-01519-JBA   Document 122-1   Filed 05/17/21   Page 7 of 7

▊ - Chem - Hearing 2 Recording  
▊, Louise Brown, Gabriel Kachuk, Matthew Chun, Gabby Vargas, Rachel Schnepper, Mohit Bachhav

13

| | |
|---|---|
| ▊: | And – sorry. Can I clarify what BDO's report is saying? |
| Gabriel Kachuk: | Um, yeah. Could you clarify a little bit [crosstalk] [00:21:18] – |
| ▊: | What BDO's report is saying is that specifically on August 4th, I was connected to the Wesleyan Wi-Fi at 9:12, and it's being argued that I could either have been using it or not using it. There's no way to tell. But then 9:18, I was connected to AT&T's cellular usage. And then that was tracking every minute, any kind of usage, and it only at 9:18 had any activity. And then it was completely – but nothing was happening at all. And that was consistent with a text I'd received or email. I, you know – when they did the forensic analysis, they looked at all of that to confirm. But then I was – I only connected to the Wi-Fi again at 11:57. So, there is all of this time between 9:18 and 11:57 that there is Moodle activity happening, but there is no way that I could have been connected from my phone. |
| [00:22:05] | So, I'm just questioning the Moodle activity in the Moodle log's accuracy. And I understand the [inaudible] [00:22:10] server, but is there – there has to be some way that that's inaccurate, or you know, and now that it doesn't exist any longer, if – if we had Matt's statement, but could he make that statement under penalty of perjury, as BDO has? |
| Louise Brown: | This – we have to just remind you that this is not a court of law. |
| ▊: | Right, but – |
| Louise Brown: | It's – it's still not – this hearing – this is a hearing, and it's not a court of law. And this – |
| ▊: | Right. This is just, you know – |
| Louise Brown: | Well, I understand. |
| ▊: | This is kind of – |
| Louise Brown: | I understand, but that – that question is – is not a question for this hearing. |
| Matthew Chun: | Um, I have a question. Um, in terms of cache storage of a phone, how typically, if you were – one were to access a, let's say |