Civil- (Dec-2008)

HONORABLE: T. O. Farrish
DEPUTY CLERK: R. K. Wood
RPTR/ECRO/TAPE: FTR
TOTAL TIME: 1 hours 38 minutes
DATE: 8/5/21   START TIME: 10:01 a.m.   END TIME: 11:39 a.m.
LUNCH RECESS   FROM: _____ TO: _____
RECESS (if more than ½ hr)   FROM: _____ TO: _____

CIVIL NO. 3:19CV1519 (JBA)

Doe                                     J. Figliozzi, K. Lau
                                        Plaintiff's Counsel
         vs
Wesleyan University                     J. Sconzo, J. Sterling, M. Vitale
                                        Defendant's Counsel

## COURTROOM MINUTES- CIVIL

☑ Motion hearing              ☐ Show Cause Hearing
☐ Evidentiary Hearing         ☐ Judgment Debtor Exam
☐ Miscellaneous Hearing

☑ ....# 106 Motion to Compel                      ☐ granted ☐ denied ☑ advisement
☑ ....# 116 Motion for Contempt & to Compel       ☐ granted ☐ denied ☑ advisement
☑ ....# 119 Motion to Quash                       ☐ granted ☐ denied ☑ advisement
☑ ....# 121 Motion for Sanctions                  ☐ granted ☐ denied ☑ advisement
☐ ....# ___ Motion ___                            ☐ granted ☐ denied ☐ advisement
☐ ....# ___ Motion ___                            ☐ granted ☐ denied ☐ advisement
☐ ....# ___ Motion ___                            ☐ granted ☐ denied ☐ advisement
☐ ....     Oral Motion ___                        ☐ granted ☐ denied ☐ advisement
☐ ....     Oral Motion ___                        ☐ granted ☐ denied ☐ advisement
☐ ....     Oral Motion ___                        ☐ granted ☐ denied ☐ advisement
☐ ....     Oral Motion ___                        ☐ granted ☐ denied ☐ advisement
☐ ....  ☐ Briefs(s) due ___ ☐ Proposed Findings due ___ Response due ___
☐ ..........  ___                                 ☐ filed ☐ docketed
☐ ..........  ___                                 ☐ filed ☐ docketed
☐ ..........  ___                                 ☐ filed ☐ docketed
☐ ..........  ___                                 ☐ filed ☐ docketed
☐ ..........  ___                                 ☐ filed ☐ docketed
☐ ..........  ___                                 ☐ filed ☐ docketed
☐ ..........  ___ Hearing continued until ___ at ___

Notes: The hearing was held via zoom video conference.