### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF CONNECTICUT

_____

JANE DOE,
    Plaintiff,

v.

WESLEYAN UNIVERSITY,
    Defendant.

_____

:
:    CIVIL ACTION NO.
:    3:19-cv-01519-JBA
:
:
:
:
:
:    MARCH 7, 2022
:
:

### MOTION TO SEAL DOCKET ENTRY NO. 237

Pursuant to Rule 5.2(d) of the Federal Rules of Civil Procedure and Rule 5(e) of the Local Rules of this Court, the Defendant, Wesleyan University ("Wesleyan"), respectfully moves to seal Docket Entry No. 237, Exhibit 31 to its Motion for Summary Judgment.

"The [C]ourt may order that a filing be made under seal without redaction." Fed. R. Civ. P. 5.2. "No judicial document shall be filed under seal, except upon entry of an order of the Court either acting *sua sponte* or specifically granting a request to seal that document. Any such order sealing a judicial document shall include particularized findings demonstrating that sealing is supported by clear and compelling reasons and is narrowly tailored to serve those reasons." Local Rule 5(e)(3).

Docket Entry No. 237 was filed incorrectly as Exhibit 31 to Defendant's Motion for Summary Judgment. The correct Exhibit 31 is being filed today. As such, the incorrectly-filed exhibit should be sealed.

Based on the foregoing, the Court should issue an order sealing Docket Entry No. 237.

THE DEFENDANT,
WESLEYAN UNIVERSITY


By: */s/ Jonathan C. Sterling*
James M. Sconzo (ct04571)
Jonathan C. Sterling (ct24576)
CARLTON FIELDS, P.A.P.C.
One State Street, Suite 1800
Hartford, CT  06103-3102
Telephone:(860) 392-5000
Facsimile:  (860) 392-5058
E-mail:    jsconzo@carltonfields.com
           jsterling@carltonfields.com

Its Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 7th day of March, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                                            */s/ Jonathan C. Sterling*
                                                            Jonathan C. Sterling