UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------X

| | | |
|---|---|---|
| **JANE DOE,** | : | Case No. 3:19-cv-01519-JBA |
| | : | |
| Plaintiff, | : | |
| | : | |
| -against- | : | |
| | : | |
| **WESLEYAN UNIVERSITY,** | : | |
| | : | |
| | : | |
| Defendant. | : | |

------------------------------------------------------------X

Notice is hereby given that Jane Doe, Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the order granting Defendant's Motion for Summary Judgment and Motion for Sanctions entered in this action on the eighth day of July, 2022, and the final judgment entered in this action on the nineteenth day of July, 2022.

Dated:  August 5, 2022

                              **WARSHAW BURSTEIN, LLP**
                              *Attorneys for Plaintiff*

                              By:  /s/ Kimberly C. Lau
                              Kimberly C. Lau (admitted *pro hac vice*)
                              James E. Figliozzi (admitted *pro hac vice*)
                              575 Lexington Avenue
                              New York, New York 10022
                              (212) 984-7709
                              klau@wbny.com
                              jfigliozzi@wbny.com

                                        -and-

                              **RINTOUL LAW, LLC**
                              *Attorneys for Plaintiff*
                              David S. Rintoul, Esq.
                              70 Danbury Road, Suite 2B
                              Wilton, Connecticut 06897
                              (203) 349-8500
                              dsr@rintoullaw.com

## **CERTIFICATION**

I hereby certify that, on this 5th day of August, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

*/s/ Kimberly C. Lau*
Kimberly C. Lau

{1343548.1 }