UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Doe,
   *Plaintiff,*

v.

Wesleyan,
   *Defendant.*

No. 19-cv-1519 (JBA)

## ORDER OF DISMISSAL ON REPORT OF SETTLEMENT

Counsel reported that this matter has been settled and that no further action is required. This case will now be dismissed.

If the parties wish to file a stipulation of dismissal (for approval by the court or for inclusion in the Court's file), they may move to re-open the case by January 23, 2023.

Request to extend this date may be made by motion filed under D. Conn. L. Civ. R. 7(b)(2).

IT IS SO ORDERED.

/s/_____
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut this 27th day of December 2022