UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JANE DOE, | : | CIVIL ACTION NO. |
|     Plaintiff, | : | 3:19-cv-01519-JBA |
| | : | |
| v. | : | |
| | : | |
| WESLEYAN UNIVERSITY, | : | MARCH 22, 2023 |
|     Defendant. | : | |
| | : | |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff and Defendant in the above-captioned action, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), request that the Court dismiss the action with prejudice and without costs and without attorneys' fees.

| | |
|---|---|
| THE DEFENDANT,<br>WESLEYAN UNIVERSITY | THE PLAINTIFF,<br>JANE DOE |
| By: */s/ Jonathan C. Sterling*<br>Jonathan C. Sterling (ct24576)<br>CARLTON FIELDS, P.A.P.C.<br>One State Street, Suite 1800<br>Hartford, CT  06103-3102<br>Telephone: (860) 392-5000<br>Facsimile: (860) 392-5058<br>E-mail: jsterling@carltonfields.com<br>Its Attorneys | By: */s/ James E. Figliozzi*<br>James E. Figliozzi (admitted *pro hac vice*)<br>WARSHAW BURNSTEIN, LLP<br>575 Lexington Avenue<br>New York, NY 10022<br>Telephone: 212-984-7709<br>Facsimile: 212-972-9150<br>Email: jfigliozzi@wbny.com<br>Her Attorney |

1

**CERTIFICATION**

I hereby certify that, on this 22nd day of March, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                                   */s/ Jonathan C. Sterling*
                                                  Jonathan C. Sterling